**Petition for Writ of Mandamus Denied and Memorandum Opinion filed December 1, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00902-CV

---

## IN RE CWS APARTMENT HOMES, LLC; CWS LOFTS, LP; AND CWSFG 13 LOFTS 150, LLC, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-10121**

---

## MEMORANDUM OPINION

On November 29, 2023, relators CWS Apartment Homes, LLC; CWS Lofts, LP; and CWSFG 13 Lofts 150, LLC filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Kristen Brauchle Hawkins, presiding judge of the 11th District Court of Harris County, to vacate the trial court's September 26, 2023 order denying relators' motion for summary judgment.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Bourliot, Zimmerer, and Spain.